To Whom It May Concern:    Case No 05-59305

Adv. Proceeding No. 09-5109



I am writing in response to the amended complaint filed by Mr. Harold Corzin. Mr. Corzin is asking the court to revoke my bankruptcy discharge on the grounds that I did not pay a lump sum payment of $10,000. I did not and would not ever agree to pay that sum of money for I know that I am not capable of producing that sum of money.

When I initially filed bankruptcy in 2005, I had inquired with my attorney at that time about a home that I had sold in England and about the monies received from that sale. I was informed by my attorney that as long as the sale was twelve months ago that it was fine. I trusted my attorney for I have no knowledge of bankruptcy laws. I obviously was mislead because here I am four years later still dealing with this.

Mr. Corzin sold a home which I purchased in Pittsburgh, after my fiancé willingly signed it over to him and was given $41,000. The monies from this sale should have been used to satisfy the debts in this case, instead it was carelessly used for unnecessary attorney fees. I always have and I am still cooperating with Mr.Corzin but I simply do not have $10,000.

Enclosed is a copy of my earnings and a listing of my monthly expenses with three children. I ask the court to let my bankruptcy stand.

I have tried to obtain Mr. Corzins funds through a judgment that I have for $14,000, but I was unsuccessful. I even offered Mr. Corzin the information so he could retrieve the money but he was not interested. Maybe the money from my house should have been used to obtain the money Mr. Corzin is seeking instead of on unnecessary legal fees. Enclosed is a copy of the judgment.

David N. Dolton --Debtor

18341 Bentwood Drive

Doylestown, OH 44230

G-215

# AUTHENTICATION OF COPY

U. S. Statues, Sec. 905

### THE STATE OF OHIO

SUMMIT _____ County, ss.   SUMMIT COUNTY COMMON PLEAS _____ **COURT**

I, DANIEL M. HORRIGAN _____, Clerk of

the SUMMIT COUNTY COMMON PLEAS _____ Court within and for said County, having the custody of the Files, Journals

and Records of said Court, do hereby certify that the foregoing is a true copy of JUDGMENT ENTRY _____

CV 2005-10-6169

TRACEY RECHTORIK

VS.

LISA E. BANDI, ET AL.

as the same appear S __ upon the records of said Court; and I further certify that I have carefully compared the foregoing copy

with the original record, and that the same is a full and correct transcript thereof.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of said Court,

at _____ AKRON ; _____, Ohio, this 25TH day of _____ APRIL _____

A.D. 20 08 . _____

Clerk of said Court

The State of Ohio, _____ SUMMIT _____ County, ss.

I, the undersigned, Judge of the _____ SUMMIT COUNTY COMMON PLEAS _____ Court within and for said

SUMMIT _____ County and State of Ohio, do hereby certify that said DANIEL M. HORRIGAN

was at the date of the above certificate, and now is, Clerk of said SUMMIT COUNTY COMMON PLEAS Court within

and for said County, and that said Clerk is the Officer in whose custody said orginal Record JUDGMENT ENTRY

_____ is required by the laws of the State of Ohio to

be kept, and is authorized by the laws of the State to certify as aforesaid and that said attestation and certificate are in due form of

law.

Signed by me and dated at _____ AKRON _____, in _____ SUMMIT _____

County, Ohio, this 29th _____ day of _____ APRIL _____ 20 08 .

_____

JUDGE PAUL GALLAGHER        Judge as aforesaid

The State of Ohio, _____ SUMMIT _____ County, ss.

I, _____ DANIEL M. HORRIGAN _____

Clerk of the _____ SUMMIT COUNTY COMMON PLEAS _____ Court within and for said County, hereby

certify that _____ THE HONORABLE PAUL GALLAGHER _____, by whom the foregoing

certificate was signed, is the Judge of said Court, duly Commissioned and qualified and now acting as such.

WITNESS my hand and the seal of said Court, at.

_____ AKRON _____ Ohio, this __25TH__ day

of _____ APRIL _____, 20 _08_.

_Daniel M. Horrigan_

Clerk of said Court

No __CV 2005-10-6169__

Page _____

Doc. _____

COMMON PLEAS **COURT**

SUMMIT County, O.

TRACEY RECHTORIK

_____ Plaintiff

LISA E. BANDI, ET AL.

_____ Defendant

**COPY OF RECORD**

LexisNexis Southeastern, Inc., 1-800-857-1954, Re-Order 17/8SP

In the Summit County Common Pleas Court

A. ZALESKI
2006 JAN 12 AM 9:45
CLERK OF COUNTY COURTS

Tracey Rechtorik            )        Case No. 05 10 6169
        Plaintiff           )        Judge MURPHY
    Vs.                     )
Lisa E. Bandi, et al.,        .       )
        Defendants

For good cause shown, judgment is granted for plaintiff Tracey Rechtorik, misspelled in Complaint as Tracey Rechtorek, against defendant Lisa Bandi and Larry Bandi, individually, and jointly and severally in the amount of $14,000.00 plus statutory interest rate, and all costs of pursuing the judgment including legal fees of $350.00 and filing fee of $150.00.

IT IS SO ORDERED:

Judge John Murphy

James D. MURPHY

Prepared By Attorney Wesley A. Johnston
Attorney For Plaintiff

I certify this to be a true copy of the original
Daniel M. Horrigan, Clerk of Courts.

Rowlands, Deputy

## Monthly Expenses

Mortgage - 1113.69
Electric - 80.00
Gas - 40.00 - Summer
150.00 - 200.00 Winter

Phone - 50.00
Cable - 60.00
Child care 240.00 approx.
Food - 400.00
Car Ins - 100.00
Homeowners - 80.00



B&B CONSTRUCTION, INC.  6/05
DBA BAILEY ROOFING
DOYLESTOWN, OH 44230

PERIOD FROM _____ - _____ TO _____ 4.09

NAME _Dretra_

| | | | | |
|---|---|---|---|---|
| 27 | REG. HR.@ | 13 00 | 345 | 00 |
| | OT HR.@ | | | |
| | | | | |
| TOTAL EARNINGS | | | 345 | 00 |
| F I C A | | | 26 | 40 |
| U.S. INC. TAX | | | 34 | 50 |
| STATE INC. TAX | | | 13 | 80 |
| MEDICARE | | | | |
| | | | | |
| | | | | |
| TOTAL DEDUCTIONS | | | 78 | 15 |
| NET PAY | | | 266 | 85 |

EMPLOYEE'S STATEMENT - DETACH AND RETAIN