**IT IS SO ORDERED.**

**Dated: 11:49 AM December 17 2009**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. **05-59305** |
| | ) | |
| **David N. Dolton**, | ) | CHAPTER **7** |
| DEBTOR(S) | ) | |
| | ) | JUDGE MARILYN SHEA-STONUM |
| | ) | |
| **Harold A Corzin, Trustee**, | ) | **ADVERSARY NO. 09-5109** |
| PLAINTIFF(S), | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **David N. Dolton**, | ) | **ORDER SCHEDULING STATUS** |
| DEFENDANT(S). | ) | **CONFERENCE TO SET TRIAL** |

On November 9, 2009 the Court held a pre-trial conference in this adversary proceeding. Participating in that pre-trial conference were Harold Corzin, plaintiff-trustee and *pro se* defendant, David Dolton. Also present was Michael Moran who represented Mr. Corzin in a related adversary proceeding. During the pre-trial conference Mr. Corzin and Mr. Dolton indicated that they had reached a proposed resolution and Mr. Dolton indicated that he wished to review that resolution with to-be-retained counsel. The Court indicated that if the matter was not reported as settled by November 30th then the matter would be scheduled for trial. To date, no settlement has been reported. Accordingly a trial will be set.

Therefore, a telephonic status conference *(to be initiated by the Court)* for the purpose of scheduling a trial shall be held on **January 4, 2010 at 02:30 PM**. If Mr. Corzin will not be at the telephone number listed in his pleadings and/or Mr. Dolton will not be at the telephone number provided to the Court at the November 9th pre-trial conference, they must contact the Court by not later than **12:00 noon on the day prior to the scheduled status conference date** to supply the telephone number at which they can be reached. The provisions set forth in Judge Shea-Stonum's memorandum regarding the use of cellular telephones for pre-trial conferences (found on the Court's web site www.ohnb.uscourts.gov) shall apply to the telephonic status conference.

# # #

cc (*via* electronic mail):

Harold Corzin, Plaintiff-Trustee

cc (*via* regular US mail):

David Dolton, *pro se* Defendant