**IT IS SO ORDERED.**

**Dated:  04:19 PM February 01 2010**

MARILYN SHEA-STONUM *LN*
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.  **05-59305** |
| | ) | |
| **David N. Dolton**, | ) | CHAPTER  **7** |
| DEBTOR(S) | ) | |
| | ) | JUDGE MARILYN SHEA-STONUM |
| | ) | |
| **Harold A Corzin, Trustee**, | ) | **ADVERSARY NO.   09-5109** |
| PLAINTIFF(S), | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER    FURTHER    ADJOURNING** |
| **David N. Dolton**, | ) | **STATUS CALL TO SCHEDULE TRIAL** |
| DEFENDANT(S). | ) | |

A pre-trial conference was held in this matter on November 9, 2009 at which plaintiff-trustee and *pro se* defendant-debtor indicated that the matter would be settled.  A telephonic status conference was set for December 17, 2009 but adjourned to February 1, 2010 on the request of the parties.  On February 1, 2010 the Court attempted to contact plaintiff-trustee but was told by his office that he was still conducting his § 341 first meeting of creditors.  The Court was also informed that Mr. Dolton had contacted plaintiff-trustee to indicate that he was in the process of retaining counsel.  Mr. Dolton appeared in person for the status call and confirmed that he was attempting to retain counsel.

Given the unavailability of plaintiff-trustee and the representation of Mr. Dolton that he was attempting to retain counsel, a further status call, for the purpose of scheduling trial, will be held on **February 22, 2010 at 02:00 PM** unless a settlement order has been submitted to the Court prior to that time

# # #

cc (*via* electronic mail):     HAROLD CORZIN
cc (*via* regular US mail):     DAVID DOLTON
                                               18341 Bentwood Drive
                                               Doylestown OH  44230