**IT IS SO ORDERED.**

**Dated: 01:36 PM February 22 2010**

MARILYN SHEA-STONUM
U.S. Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | CASE NO: 05-59305 |
| | ) | Chapter 7 |
| David N. Dolton | ) | |
| | ) | |
| Debtor(s). | ) | Judge Marilyn Shea-Stonum |
| | ) | |
| | ) | ADV. NO. 09-5109 |
| Harold A. Corzin, Trustee | ) | |
| Plaintiff | ) | |
| v. | ) | |
| David N. Dolton | ) | SETTLEMENT ENTRY |
| Defendant | ) | |

This matter is before the Court upon representation of the parties to this adversary case that they have reached a settlement of this matter, *viz.*,

1. The defendant, David N. Dolton, in full settlement of this matter, shall tender to Harold A. Corzin, trustee, plaintiff, the sum of $500.00, receipt of which is duly acknowledged by the plaintiff.

2. The parties agree to fully and mutually release any and all claims that each has or may have against the other, including but not limited to any claim that the defendant should be denied a general discharge pursuant to 11 U.S.C. Sec. 727 and any claim that the plaintiff has acted fraudulently or in any improper manner in this proceeding and in any prior proceeding involving these parties. Each party further agrees that each is estopped by the entry of this order from asserting any and all claims against the other in this Court or in any other court or administrative proceeding.

The Court finds that the terms of this settlement are well taken and shall be approved.

WHEREFORE, it is ORDERED, ADJUDGED and DECREED that this adversary proceeding is SETTLED and DISMISSED upon the foregoing terms.

###

Submitted by:

/s/ Robert M. Whittington, Jr., 0007851
Attorney for the Defendant-Debtor, David N. Dolton
159 S. Main St., #1023
Akron, OH 44308
330 384 8484
fax 330 384 8953
elkwhitt@neo.rr.com

Approved:

/s/ Harold A. Corzin, Trustee

e-mail approval received 2/19/10

_____
Harold A. Corzin, 00005021
Chapter 7 Trustee
304 N. Cleveland-Massillon Rd.
Akron, OH 44333
330 670-0770
fax 330 670-0297
hcorzin@csu-law.com

Approved:

/s/ Michael J. Moran, Attorney for Harold A. Corzin

e-mail approval received 2/19/10

_____
Michael J. Moran, 0018869
Attorney for Trustee
234 Portage Trail
P.O. Box 535
Cuyahoga Falls, OH 44222
330 929-0507
fax 330 929-6605
moranecf@yahoo.com
List of Parties to be Served:

Pursuant to Rule 9022, Rules of Bankruptcy Procedure, Fed.R.Civ.P. 5(b) and ECF Decisions promulgated by the Clerk of this Court, the Clerk shall serve the following by electronic notice through the ECF system if the following named recipients are registered ECF users, or otherwise by ordinary U.S. Mail, postage prepaid, or by such other means as may be permitted by these Rules, *viz.*,

Robert M. Whittington, Jr.
159 S. Main St. #1023
Akron, OH 44308

Harold A. Corzin, Trustee
304 N. Cleveland-Massillon Rd.
Akron, OH 44333

Michael J. Moran
234 Portage Trail
P.O. Box 535
Cuyahoga Falls, OH 44222

U.S. Trustee
201 Superior Ave. E. #441
Cleveland, OH 44114

David N. Dolton
1834 Brentwood Dr.
Doylestown, OH 44230